# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

RONALD A. BROWDY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0096

_____

June 5, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Ronald A. Browdy, pro se.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.